UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **CV 25-3958-MWF(RAOx)**                                      Date: May 22, 2025

Title   ***Cilian Henson v. Costco Wholesale Corporation, et al.***

---

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Notice of Removal was filed on May 2, 2025. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 81(c)(2), the time to respond to the Complaint expired on May 9, 2025.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 6, 2025**.

- ■ BY DEFENDANT: RESPONSE TO THE COMPLAINT ("Response") by Defendant. The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- ■ BY PLAINTIFF: APPLICATION FOR CLERK TO ENTER DEFAULT as to Defendant who has not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **JUNE 6, 2025** will result in the dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 25-3958-MWF(RAOx)**                                    Date:  May 22, 2025

Title          *Cilian Henson v. Costco Wholesale Corporation, et al.*

IT IS SO ORDERED.